UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                               Civil Action
                                                                                               No: <u>15-cv-13154-WGY</u>

**PHOTOGRAPHIC ILLUSTRATORS CORP.**
**Plaintiff**

v.

**STUART C. IRBY COMPANY**
**Defendant**

ORDER CONSOLIDATING CASES

YOUNG, D.J.

    The following member cases were previously consolidated with 15-cv-13154-WGY for pretrial matters only and are hereby now consolidated with Lead Case no. 15-cv-13154-WGY for all proceedings including trial.

    1:15-cv-13156-RWZ
    1:15-cv-13157-ADB
    1:15-cv-13159-IT
    1:15-cv-13162-NMG
    1:15-cv-13163-FDS
    1:15-cv-13808-ADB
    1:15-cv-13201-FDS
    1:15-cv-13202-FDS

    ALL FURTHER PLEADINGS ARE TO BE FILED IN THE LEAD CASE 15cv13154-WGY.

                                                                          By the Court,

                                                                      <u> /s/ Jennifer Gaudet       </u>
                                                                      Deputy Clerk

September 14, 2016